**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Raymond P. Moore**

Civil Action No. 17-cv-02453-RM-SKC

LARRY HOOVER,

    Plaintiff,
v.

KELLY, ADX SIS Tech.,
D. BILBREY, ADX SIS Tech.,
WARDEN FOX, ADX, and
BUREAU OF PRISONS,

    Defendants.

---

## ORDER

---

This matter is before the Court on the February 12, 2020 Report & Recommendation of United States Magistrate Judge S. Kato Crews (the "Recommendation") (ECF No. 99) to grant Defendants' Partial Motion for Summary Judgment (ECF No. 36). The Recommendation is incorporated herein by reference. *See* 28 U.S.C. § 636(b)(1)(B); FED. R. CIV. P. 72(b).

The Recommendation advised the parties that specific written objections were due within fourteen days after being served with a copy of the Recommendation. (ECF No. 99 at 9-10.) Despite this advisement, no objections to the Recommendation have to date been filed by any party and the time to do so has expired. (*See generally* Dkt.)

The Court concludes that Magistrate Judge Crew's analysis was thorough and sound, and that there is no clear error on the face of the record. *See* FED. R. CIV. P. 72(b) advisory committee's note ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."); *see also*

*Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) ("In the absence of timely objection, the district court may review a magistrate's report under any standard it deems appropriate."). The Recommendation is, therefore, adopted as an order of this Court.

In accordance with the foregoing, the Court:

(1) ACCEPTS and ADOPTS the Report & Recommendation re: Defendants' Motion for Partial Summary Judgment (ECF No. 99) in its entirety; and

(2) GRANTS Defendants' Partial Motion for Summary Judgment (ECF No. 36) and dismisses Claim Three and the portion of Claim Six challenging Plaintiff's 2017 Restriction.[1]

DATED this 28th day of February, 2020.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge

---

[1] As defined in the Report & Recommendation.